UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIRECTV, INC.,

Plaintiff,

v. CASE NO: 8:04-cv-148-T-23TGW

GLEN CARVALHO,

Defendant.
_______________________________________/

**ORDER**

The plaintiff submits a notice of settlement (Doc. 25). Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, to (1) submit a stipulated form of final order or judgment or (2) reopen the action upon a showing of good cause. The clerk is directed to (1) terminate any pending motion and (2) close the file.

ORDERED in Tampa, Florida, on April 20, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: US Magistrate Judge
Courtroom Deputy