Case 8:04-cv-00148-SDM-TGW   Document 28   Filed 04/22/05   Page 1 of 1 PageID 199

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIRECTV, INC.,

    Plaintiff,

v.                                                                           CASE NO: 8:04-cv-148-T-23TGW

GLEN A. CARVALHO,

    Defendant.
_____/

## **ORDER**

The parties' joint stipulation for dismissal with prejudice (Doc. 27) is **APPROVED**. Accordingly, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**. Each party will bear its own fees and costs.

ORDERED in Tampa, Florida, on April 22, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy